UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WYLIE MILLS,<br><br>               Plaintiff,<br><br>v.<br><br>BUDDY BLACKBURN, *et al.*,<br><br>               Defendants. | No. CV-07-3019-CI<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION AND STRIKING PLAINTIFF'S MOTION FOR ORDER OF DEFAULT |

Magistrate Judge Imbrogno filed a Report and Recommendation on July 2, 2007, recommending Plaintiff's Amended Complaint be dismissed without prejudice. (Ct. Rec. 14). Also on July 2, 2007, Plaintiff filed a Motion for Order of Default and Award of Damages and Sanctions and Attorney's Fees. (Ct. Rec. 15). There being no objections to the Report and Recommendation, the Court **ADOPTS** the Report and Recommendation. Plaintiff's Amended Complaint (**Ct. Rec. 8**) is dismissed without prejudice. Because the Court did not direct service in this matter, Plaintiff's Motion for Order of Default (**Ct. Rec. 15**) is stricken as moot. In addition, Mr. Mills shall not file any further pleadings or motions herein asserting new or additional claims related to these events or adding new parties without prior court approval, however, this prohibition shall not preclude Mr. Mills from appealing the entry of this Order.

///

///

**IT IS SO ORDERED.** The District Court Executive shall forward copies of this Order to Plaintiff and counsel of record. The file shall be closed.

**DATED** this ___30th___ day of July 2007.

                          S/ Edward F. Shea
                               EDWARD F. SHEA
                         United States District Judge

Q:\Civil\2007\3019.adopting R&R.wpd