UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| WYLIE MILLS,<br><br>        Plaintiff,<br><br>  v.<br><br>BUDDY BLACKBURN, et al.,<br><br>        Defendants. | NO.  CV-07-3019-CI<br><br>**JUDGMENT** |

**DECISION BY THE COURT:**

This action came to hearing before the Court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Report and Recommendation is **ADOPTED**.   Plaintiff's Complaint is **DISMISSED** and Judgment is entered.

DATED this 30th day of July, 2007.

JAMES R. LARSEN
District Court Executive/Clerk

s/ L. Stejskal, Deputy Clerk